JARED C. COBELL
LORI HARPER SUEK
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT  59403
119 First Ave. North, Suite 300
Great Falls, MT  59403
Phone:  (406) 761-7715
FAX:  (406) 453-9973
E-mail:  Jared.Cobell@usdoj.gov
           Lori.Suek@usdoj.gov



FILED

SEP 01 2021

Clerk, U.S District Court
District Of Montana
Great Falls

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 21-59-GF-BMm |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ASSAULT WITH INTENT TO COMMIT MURDER |
| DAKOTA HOULE, | Title 18 U.S.C. §§ 1153(a), 113(a)(1), and 2 (Count I) |
| Defendant. | (Penalty:  Twenty years imprisonment, $250,000 fine, and three years of supervised release) |
| | KIDNAPPING |
| | Title 18 U.S.C. §§ 1153(a), 1201(a), and 2 (Count II) |
| | (Penalty: Life imprisonment, $250,000 fine, and not less than five years to life supervised release) |

1

|  | **ASSAULT WITH A DANGEROUS WEAPON**<br>Title 18 U.S.C. §§ 1153(a), 113(a)(3), and 2<br>(Count III)<br>(Penalty: Ten years imprisonment, $250,000 fine, three years of supervised release)<br><br>**ASSAULT RESULTING IN SERIOUS BODILY INJURY**<br>Title 18 U.S.C. §§ 1153(a), 113(a)(6), and 2<br>(Count IV)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>**USE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE**<br>(Count V)<br>Title 18 U.S.C. §§ 924(c)(1)(A) and 2<br>(Penalty: Mandatory minimum term of ten years to life imprisonment, consecutive to any other term of imprisonment, as well as a $250,000 fine and five years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That on or about March 17, 2019, near Box Elder, in the State and District of Montana, and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, DAKOTA HOULE, an Indian person, intentionally assaulted John Doe by striking and wounding him, with the intent to commit murder, and aided and abetted the same, in violation of 18 U.S.C. §§ 1153(a), 113(a)(1), and 2.

2

## COUNT II

That on or about March 17, 2019, near Box Elder, in the State and District of Montana, and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, DAKOTA HOULE, an Indian person, intentionally and unlawfully seized, confined, inveigled, kidnapped, abducted, carried away, and held John Doe for ransom, reward, and otherwise, and aided and abetted the same, in violation of 18 U.S.C. §§ 1153(a), 1201(a), and 2.

## COUNT III

That on or about March 17, 2019, near Box Elder, in the State and District of Montana, and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, DAKOTA HOULE, an Indian person, did knowingly and unlawfully, with intent thereby to do bodily harm, assault the person of John Doe with a dangerous weapon, a shotgun, and aided and abetted the same, in violation of 18 U.S.C. §§ 1153(a), 113(a)(3), and 2.

## COUNT IV

That on or about March 17, 2019, near Box Elder, in the State and District of Montana, and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, DAKOTA HOULE, an Indian person, intentionally assaulted John Doe, said assault resulting in serious bodily injury, and aided and abetted the same, in violation of 18 U.S.C. §§ 1153(a), 113(a)(6), and 2.

COUNT V

That on or about March 17, 2019, near Box Elder, in the State and District of Montana, and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, DAKOTA HOULE, knowingly used a firearm during and in relation to the violent crimes charged in counts I and III, crimes that may be prosecuted in a court of the United States, and aided and abetted the same, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

The Grand Jury finds that the firearm was discharged during the commission of the offenses.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney