# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DAKOTA HOULE, Defendant. | CR 21-59-GF-BMM  ORDER |

Pending before the Court is the unopposed motion of the United States of America to dismiss Count II of the Indictment with prejudice. For good cause shown, IT IS ORDERED that Count II of the Indictment is dismissed with prejudice. The jury trial and final pretrial conference are VACATED.

DATED this 15th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

1